```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
    TORRES,                                                  :
                                                             :         1:20-cv-09342-ALC
                              Plaintiff,                     :
                                                             :         ORDER
                  -against-                                  :
                                                             :
    BAY AREA CREDIT SERVICE, ET AL.,                         :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/18/2020

**ANDREW L. CARTER, JR., United States District Judge:**

On November 16, 2020, Plaintiff filed a motion to remand. ECF No. 10. Because the Court has already issued an Order to Show Cause why this case should not be remanded for lack of subject matter jurisdiction, Plaintiff's motion to remand is DENIED without prejudice. The Court reminds the Plaintiff that he may respond to the Defendants' response to the Order to Show Cause by January 4, 2020.

Defendants are ORDERED to serve this Order on Plaintiff, and file proof of service, by November 25, 2020. The Clerk of Court is respectfully directed to close ECF No. 10.

**SO ORDERED.**

**Dated:** November 18, 2020

   New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**