USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/18/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
   **TORRES,**

                       **Plaintiff,**

          **-against-**

   **BAY AREA CREDIT SERVICE, ET AL.,**

                  **Defendants.**
-------------------------------------------------------- x

**1:20-cv-09342-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      This Order amends two prior orders of the Court issued on November 16, 2020, ECF No. 9, and November 18, 2020, ECF No. 14. These orders indicate that Plaintiff may make a response to the Court's Order to Show Cause, ECF No. 9, by January 4, 2020. However, Plaintiff may respond to the Court's Order to Show Cause by January 4, <u>2021</u>.

      Defendants are ORDERED to serve this Order on Plaintiff, and file proof of service, by November 25, 2020. The Clerk of Court is respectfully directed to re-set Plaintiff's deadline to respond to the Court's Order to Show Cause, ECF No. 9, to January 4, 2021.

**SO ORDERED.**
**Dated:**  November 18, 2020
       **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**